UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                              §
                                    §
                                    §
WELTER, RICHARD C                   §     Case No. 10-71559
WELTER, KATHLEEN M                  §
                                    §
                                    §
            Debtor(s)               §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/30/2010 . The undersigned trustee was appointed on 03/30/2010 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 5,608.44 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 0.00 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 5,608.44 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (10/1/2010) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 11/03/2010 and the deadline for filing governmental claims was 11/03/2010 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,310.84 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,310.84 , for a total compensation of $ 1,310.84 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/10/2010            By:/s/DANIEL M. DONAHUE
                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (10/1/2010) *(Page: 2)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit A

Page: 1

| Case No: | 10-71559   MLB   Judge: MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | WELTER, RICHARD C | Date Filed (f) or Converted (c): | 03/30/10 (f) |
| | WELTER, KATHLEEN M | 341(a) Meeting Date: | 05/20/10 |
| For Period Ending: | 11/10/10 | Claims Bar Date: | 11/03/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Debtors' Residence 1007 W. Edgewood Drive McHenry, | 160,000.00 | 0.00 | | 0.00 | FA |
| 2. Investment Property - Wisconsin 28711 106h Street | 75,000.00 | 0.00 | | 0.00 | FA |
| 3. Vacation Property - Timeshare WI | 6,000.00 | 0.00 | | 0.00 | FA |
| 4. Checking Account # US Bank PO Box 1800 St. Paul, M | 1,358.24 | 0.00 | | 0.00 | FA |
| 5. Checking Account # Baxter Credit Union 340 N. Milw | 0.00 | 0.00 | | 0.00 | FA |
| 6. Savings Account Baxter Credit Union 340 N. Milwauk | 5.11 | 0.00 | | 0.00 | FA |
| 7. Security Deposit - Utility Commonwealth Edison 210 | 145.00 | 0.00 | | 0.00 | FA |
| 8. Security Deposit - Utility Nicor PO Box 2020 Auror | 200.00 | 0.00 | | 0.00 | FA |
| 9. Miscellaneous household goods and furnishings | 2,000.00 | 0.00 | | 0.00 | FA |
| 10. Miscellaneous wearing apparel | 1,500.00 | 0.00 | | 0.00 | FA |
| 11. Miscellaneous jewelry | 300.00 | 0.00 | | 0.00 | FA |
| 12. Miscellaneous sports equipment | 2,000.00 | 0.00 | | 0.00 | FA |
| 13. Retirement Fund - 401K ING PO Box 5166 Boston, MA | 43,296.61 | 0.00 | | 0.00 | FA |
| 14. 1994 Chevrolet Pickup | 3,048.00 | 0.00 | | 0.00 | FA |
| 15. 1997 Chevrolet Tahoe | 2,912.00 | 0.00 | | 0.00 | FA |
| 16. 1977 24' Shasta Trailer (unsalvageable) | 300.00 | 0.00 | | 0.00 | FA |
| 17. 1971 21' Fiberglass Cruiser | 1,100.00 | 0.00 | | 0.00 | FA |
| 18. 1975 16' Lund Aluminum Fishing Boat | 975.00 | 0.00 | | 0.00 | FA |
| 19. Tools of Trade | 540.00 | 0.00 | | 0.00 | FA |
| 20. Income tax refunds (u) | Unknown | 5,608.00 | | 5,608.00 | FA |
| 21. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.44 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $300,679.96   $5,608.00   $5,608.44   $0.00

(Total Dollar Amount in Column 6)

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | |
|---|---|
| Case No: | 10-71559　MLB　Judge: MANUEL BARBOSA |
| Case Name: | WELTER, RICHARD C |
| | WELTER, KATHLEEN M |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Date Filed (f) or Converted (c): | 03/30/10 (f) |
| 341(a) Meeting Date: | 05/20/10 |
| Claims Bar Date: | 11/03/10 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing further to be done

Initial Projected Date of Final Report (TFR):　/ /　　Current Projected Date of Final Report (TFR):　/ /

LFORM1

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 10-71559 -MLB | Trustee Name: | DANIEL M. DONAHUE |
| --- | --- | --- | --- |
| Case Name: | WELTER, RICHARD C | Bank Name: | BANK OF AMERICA, N.A. |
| | WELTER, KATHLEEN M | Account Number / CD #: | *******1787 MONEY MARKET |
| Taxpayer ID No: | *******0951 | | |
| For Period Ending: | 11/10/10 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/03/10 | 20 | RICHARD C WELTER 1007 EDGEWOOD DR MCHENRY, IL 60051-6911 | INCOME TAX REFUND | 1224-000 | 4,801.00 | | 4,801.00 |
| 08/03/10 | 20 | RICHARD C WELTER 1007 EDGEWOOD DR MCHENRY, IL 60051-6911 | INCOME TAX REFUND | 1224-000 | 807.00 | | 5,608.00 |
| 08/31/10 | 21 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.12 | | 5,608.12 |
| 09/30/10 | 21 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.14 | | 5,608.26 |
| 10/29/10 | 21 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.13 | | 5,608.39 |
| 11/10/10 | 21 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.05 | | 5,608.44 |
| 11/10/10 | | Transfer to Acct #*******3309 | Final Posting Transfer | 9999-000 | | 5,608.44 | 0.00 |

|   |   |   |
| --- | --- | --- |
| COLUMN TOTALS | 5,608.44 | 5,608.44 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 5,608.44 | |
| Subtotal | 5,608.44 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 5,608.44 | 0.00 | |

Page Subtotals   5,608.44   5,608.44

UST Form 101-7-TFR (10/1/2010) (Page: 5)
LFORM24

Ver 16.00a

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

| | |
|---|---|
| Case No: 10-71559 -MLB | Trustee Name: DANIEL M. DONAHUE |
| Case Name: WELTER, RICHARD C | Bank Name: BANK OF AMERICA, N.A. |
| WELTER, KATHLEEN M | Account Number / CD #: *******3309 GENERAL CHECKING |
| Taxpayer ID No: *******0951 | |
| For Period Ending: 11/10/10 | Blanket Bond (per case limit): $ 1,500,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/10/10 | | Transfer from Acct #*******1787 | Transfer In From MMA Account | 9999-000 | 5,608.44 | | 5,608.44 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 5,608.44 | 0.00 | 5,608.44 |
| Less: Bank Transfers/CD's | 5,608.44 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| MONEY MARKET - *******1787 | 5,608.44 | 0.00 | 0.00 |
| GENERAL CHECKING - *******3309 | 0.00 | 0.00 | 5,608.44 |
| | 5,608.44 | 0.00 | 5,608.44 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    5,608.44    0.00

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 10-71559 | | Page 1 | | Date: November 10, 2010 |
| --- | --- | --- | --- | --- | --- |
| Debtor Name: | WELTER, RICHARD C | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
| --- | --- | --- | --- | --- | --- | --- |
| 001 3110-00 | MCGREEVY WILLIAMS | Administrative | | $980.50 | $0.00 | $980.50 |
| 001 3120-00 | MCGREEVY WILLIAMS | Administrative | | $51.36 | $0.00 | $51.36 |
| 000001 070 7100-00 | Atlas Acquisitions LLC 294 Union St. Hackensack, NJ 07601 | Unsecured | | $3,718.12 | $0.00 | $3,718.12 |
| 000002 070 7100-00 | Chase Bank USA,N.A c/o Creditors Bankruptcy Service P O Box 740933 Dallas,Tx 75374 | Unsecured | | $767.86 | $0.00 | $767.86 |
| 000003 070 7100-00 | U.S. Bank N.A. P.O. Box 5229 Cincinnati, OH 45201 | Unsecured | | $645.59 | $0.00 | $645.59 |
| 000004 070 7100-00 | U.S. Bank N.A. P.O. Box 5229 Cincinnati, OH 45201 | Unsecured | | $1,419.40 | $0.00 | $1,419.40 |
| 000005 070 7100-00 | Capital Recovery III LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | Unsecured | | $839.78 | $0.00 | $839.78 |
| | Case Totals: | | | $8,422.61 | $0.00 | $8,422.61 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-71559
Case Name: WELTER, RICHARD C
          WELTER, KATHLEEN M
Trustee Name: DANIEL M. DONAHUE

    Balance on hand                           $         5,608.44

Claims of secured creditors will be paid as follows:

## NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ 1,310.84 | $ 0.00 | $ 1,310.84 |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ 980.50 | $ 0.00 | $ 980.50 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 51.36 | $ 0.00 | $ 51.36 |

    Total to be paid for chapter 7 administrative expenses       $       2,342.70

    Remaining Balance                                     $       3,265.74

Applications for prior chapter fees and administrative expenses have been filed as follows:

## NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 7,390.75 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 44.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Atlas Acquisitions LLC | $ 3,718.12 | $ 0.00 | $ 1,642.92 |
| 000002 | Chase Bank USA,N.A | $ 767.86 | $ 0.00 | $ 339.29 |
| 000003 | U.S. Bank N.A. | $ 645.59 | $ 0.00 | $ 285.27 |
| 000004 | U.S. Bank N.A. | $ 1,419.40 | $ 0.00 | $ 627.19 |
| 000005 | Capital Recovery III LLC | $ 839.78 | $ 0.00 | $ 371.07 |

Total to be paid to timely general unsecured creditors    $ 3,265.74
Remaining Balance    $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

## Summary of Professional Fees

| Professional | | Previous Allowances | Pending Applications | Total Fees And Expenses |
|---|---|---|---|---|
| **Trustee's Attorney** | | | | |
| McGreevy Williams | *Fees* | $0.00 | $980.50 | $980.50 |
| | *Expenses* | $0.00 | $51.36 | $51.36 |
| **Trustee's Accountants** | | | | |
| None | *Fees* | $0.00 | $0.00 | $0.00 |
| | *Expenses* | $0.00 | $0.00 | $0.00 |
| **Other Professionals** | | | | |
| None | *Fees* | $0.00 | $0.00 | $0.00 |
| | *Expenses* | $0.00 | $0.00 | $0.00 |
| **Totals** | *Fees* | $0.00 | $980.50 | $980.50 |
| | *Expenses* | $0.00 | $51.36 | $51.36 |
| | | $0.00 | $1,031.86 | $1,031.86 |

**Exhibit G**