UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: | § |
| | § |
| WELTER, RICHARD C | §  Case No. 10-71559 |
| WELTER, KATHLEEN M | § |
| | § |
| Debtor(s) | § |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 12/13/2010 in Courtroom 115,
        United States Courthouse
        211 S. Court St.
        Rockford, IL 61101
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: /s/ Daniel M. Donahue
                                              Trustee


*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:  §
 §
WELTER, RICHARD C § Case No. 10-71559
WELTER, KATHLEEN M §
 §
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 5,608.44 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 5,608.44 |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ 1,310.84 | $ 0.00 | $ 1,310.84 |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ 980.50 | $ 0.00 | $ 980.50 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 51.36 | $ 0.00 | $ 51.36 |

Total to be paid for chapter 7 administrative expenses    $    2,342.70
Remaining Balance    $    3,265.74

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 7,390.75 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 44.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Atlas Acquisitions LLC | $ 3,718.12 | $ 0.00 | $ 1,642.92 |
| 000002 | Chase Bank USA,N.A | $ 767.86 | $ 0.00 | $ 339.29 |
| 000003 | U.S. Bank N.A. | $ 645.59 | $ 0.00 | $ 285.27 |
| 000004 | U.S. Bank N.A. | $ 1,419.40 | $ 0.00 | $ 627.19 |
| 000005 | Capital Recovery III LLC | $ 839.78 | $ 0.00 | $ 371.07 |

Total to be paid to timely general unsecured creditors     $    3,265.74

Remaining Balance     $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

.

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Daniel M. Donahue
Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: vgossett              Page 1 of 1                   Date Rcvd: Nov 23, 2010
Case: 10-71559                Form ID: pdf006             Total Noticed: 28

The following entities were noticed by first class mail on Nov 25, 2010.
db/jdb        +Richard C Welter,    Kathleen M. Welter,    1007 W. Edgewood Drive,    McHenry, IL 60051-6911
aty            Daniel M Donahue,    P. O. Box 2903,    Rockford, IL  61132-2903
aty           +Scott A Bentley,    Law Office of Scott A. Bentley,    618 S. Route 31,    Suite 1,
                McHenry, IL 60050-8273
tr             Daniel Donahue,    P O Box 2903,    Rockford, IL  61132-2903
15340966      +Baxter Credit Union,    340 N. Milwaukee Avenue,    Vernon Hills. IL 60061-1533
15340967       Baxter Credit Union Visa,    POB ox 660348,    Dallas, TX 75266-0348
16128970      +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
15340968       Chase Home Finance,    PO Box 9001871,    Louisville, KY 40290-1871
15340969      +Codilis & Associates,    o/b/o US Bank (Chase Home Finance),    15W030 North Frontage Road, Ste 100,
                Burr Ridge, IL 60527-6921
15340970       Comcast,    PO Box 3002,    Southeastern, PA 19398-3002
15340972       Creditors Interchange,    o/b/o HFC,    PO Box 2270,    Buffalo, NY 14240-2270
15340973       Dell Financial Services,    PO BOx 5292,    Carol Stream, IL 60197-5292
15340974       GE Money Bank,    o/b/o Empire Carpets,    PO Box 91127,    El Paso, TX 79998-1127
15340976      +HFC,    PO Box 9618,    Virginia Beach. VA 23450-9618
15340978       HSBC,    PO Box 17051,    Baltimore, MD 21297-1051
15340979       HSBC Mortgage Services,    PO Box 37282,    Baltimore, MD 21297-3282
15340975       Harris & Harris,    o/b/o Nicor,    600 W. Jackson Blvd.,    Chicago, IL 60661-5636
15340977      +Home Depot Credit Services,    PO Box 689100,    Des Moines, IA 50368-9100
15340980     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
                PHILADELPHIA PA 19114-0326
               (address filed with court:   Internal Revenue Service***,     PO Box 21126,    Philadelphia, PA 19114)
15340983       Pro Consulting Services, Inc.,    o/b/o Home Depot,    PO Box 66768,    Houston, TX 77266-6768
16153694     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court:   U.S. Bank N.A.,    P.O. Box 5229,    Cincinnati, OH 45201)
15340985     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court:   US Bank,    PO Box 790408,    St. Louis, MO 63179-0408)
15340986      +Wells Fargo Home Loans,    PO Box 3908,    Portland, OR 97208-3908
15340987       Wyndham Vacations Resorts,    PO Box 96204,    Las Vegas. NV 89193-6204

The following entities were noticed by electronic transmission on Nov 24, 2010.
15629077      +E-mail/Text: bnc@atlasacq.com                            Atlas Acquisitions LLC,    294 Union St.,
                Hackensack, NJ 07601-4303
16285520       E-mail/PDF: rmscedi@recoverycorp.com Nov 24 2010 01:47:18       Capital Recovery III LLC,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
15340981       E-mail/PDF: gecsedi@recoverycorp.com Nov 24 2010 01:34:15       JC Penneys,    PO Box 960090,
                Orlando, FL 32896-0090
15340982       E-mail/PDF: cr-bankruptcy@kohls.com Nov 24 2010 01:34:18       Kohls,    PO Box 2983,
                Milwaukee, WI 53201-2983
                                                                                               TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15340984       Thomas J. Frymark DDS
aty*           Daniel Donahue,   P O Box 2903,    Rockford, IL  61132-2903
15340971*      Comcast,   PO Box 3002,    Southeastern, PA 19398-3002
                                                                                               TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Nov 25, 2010**                    **Signature:** *Joseph Speetjens*