UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
 §
WELTER, RICHARD C § Case No. 10-71559
WELTER, KATHLEEN M §
 §
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010) *(Page: 1)*

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter    on            . The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/DANIEL M. DONAHUE_____
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | HSBC Mortgage Services PO Box 37282 Baltimore, MD 21297-3282 |  |  |  |  |  |
|  | HSBC PO Box 17051 Baltimore, MD 21297-1051 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo Home Loans PO Box 3908 Portland, OR 97208 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE, TRUSTEE | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Baxter Credit Union 340 N. Milwaukee Avenue Vernon Hills. IL 60061 | | | | | |
| | Baxter Credit Union Visa POB ox 660348 Dallas, TX 75266-0348 | | | | | |
| | Chase Home Finance PO Box 9001871 Louisville, KY 40290-1871 | | | | | |
| | Comcast PO Box 3002 Southeastern, PA 19398-3002 | | | | | |
| | Comcast PO Box 3002 Southeastern, PA 19398-3002 | | | | | |
| | Creditors Interchange o/b/o HFC PO Box 2270 Buffalo, NY 14240-2270 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dell Financial Services PO BOx 5292 Carol Stream, IL 60197-5292 | | | | | |
| | GE Money Bank o/b/o Empire Carpets PO Box 91127 El Paso, TX 79998-1127 | | | | | |
| | HFC PO Box 9618 Virginia Beach. VA 23450 | | | | | |
| | Harris & Harris o/b/o Nicor 600 W. Jackson Blvd. Chicago, IL 60661-5636 | | | | | |
| | Home Depot Credit Services PO Box 689100 Des Moines, IA 50368 | | | | | |
| | Internal Revenue Service*** PO Box 21126 Philadelphia, PA 19114 | | | | | |
| | JC Penneys PO Box 960090 Orlando, FL 32896-0090 | | | | | |
| | Kohls PO Box 2983 Milwaukee, WI 53201-2983 | | | | | |

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Pro Consulting Services, Inc. o/b/o Home Depot PO Box 66768 Houston, TX 77266-6768 | | | | | |
| | Thomas J. Frymark DDS | | | | | |
| | Wyndham Vacations Resorts PO Box 96204 Las Vegas. NV 89193-6204 | | | | | |
| 000001 | ATLAS ACQUISITIONS LLC | | | | | |
| 000005 | CAPITAL RECOVERY III LLC | | | | | |
| 000002 | CHASE BANK USA,N.A | | | | | |
| 000003 | U.S. BANK N.A. | | | | | |
| 000004 | U.S. BANK N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-71559 | MLB | Judge: MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
| --- | --- | --- | --- | --- | --- |
| Case Name: | WELTER, RICHARD C | | | Date Filed (f) or Converted (c): | 03/30/10 (f) |
| | WELTER, KATHLEEN M | | | 341(a) Meeting Date: | 05/20/10 |
| For Period Ending: | 02/12/11 | | | Claims Bar Date: | 11/03/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Debtors' Residence 1007 W. Edgewood Drive McHenry, | 160,000.00 | 0.00 | | 0.00 | FA |
| 2. Investment Property - Wisconsin 28711 106h Street | 75,000.00 | 0.00 | | 0.00 | FA |
| 3. Vacation Property - Timeshare WI | 6,000.00 | 0.00 | | 0.00 | FA |
| 4. Checking Account # US Bank PO Box 1800 St. Paul, M | 1,358.24 | 0.00 | | 0.00 | FA |
| 5. Checking Account # Baxter Credit Union 340 N. Milw | 0.00 | 0.00 | | 0.00 | FA |
| 6. Savings Account Baxter Credit Union 340 N. Milwauk | 5.11 | 0.00 | | 0.00 | FA |
| 7. Security Deposit - Utility Commonwealth Edison 210 | 145.00 | 0.00 | | 0.00 | FA |
| 8. Security Deposit - Utility Nicor PO Box 2020 Auror | 200.00 | 0.00 | | 0.00 | FA |
| 9. Miscellaneous household goods and furnishings | 2,000.00 | 0.00 | | 0.00 | FA |
| 10. Miscellaneous wearing apparel | 1,500.00 | 0.00 | | 0.00 | FA |
| 11. Miscellaneouis jewelry | 300.00 | 0.00 | | 0.00 | FA |
| 12. Miscellaneous sports equipment | 2,000.00 | 0.00 | | 0.00 | FA |
| 13. Retirement Fund - 401K ING PO Box 5166 Boston, MA | 43,296.61 | 0.00 | | 0.00 | FA |
| 14. 1994 Chevrolet Pickup | 3,048.00 | 0.00 | | 0.00 | FA |
| 15. 1997 Chevrolet Tahoe | 2,912.00 | 0.00 | | 0.00 | FA |
| 16. 1977 24' Shasta Trailer (unsalvageable) | 300.00 | 0.00 | | 0.00 | FA |
| 17. 1971 21' Fiberglass Cruiser | 1,100.00 | 0.00 | | 0.00 | FA |
| 18. 1975 16' Lund Aluminum Fishing Boat | 975.00 | 0.00 | | 0.00 | FA |
| 19. Tools of Trade | 540.00 | 0.00 | | 0.00 | FA |
| 20. Income tax refunds (u) | Unknown | 5,608.00 | | 5,608.00 | FA |
| 21. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.44 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $300,679.96   $5,608.00   $5,608.44   $0.00

(Total Dollar Amount in Column 6)

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

Ver: 16.01c

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 10-71559    MLB    Judge: MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | WELTER, RICHARD C | Date Filed (f) or Converted (c): | 03/30/10 (f) |
| | WELTER, KATHLEEN M | 341(a) Meeting Date: | 05/20/10 |
| | | Claims Bar Date: | 11/03/10 |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing further to be done


Initial Projected Date of Final Report (TFR):  / /          Current Projected Date of Final Report (TFR):  / /

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-71559 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | WELTER, RICHARD C | | Bank Name: | BANK OF AMERICA, N.A. |
| | WELTER, KATHLEEN M | | Account Number / CD #: | *******1787  MONEY MARKET |
| Taxpayer ID No: | *******0951 | | | |
| For Period Ending: | 02/12/11 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/03/10 | 20 | RICHARD C WELTER<br>1007 EDGEWOOD DR<br>MCHENRY, IL  60051-6911 | INCOME TAX REFUND | 1224-000 | 4,801.00 | | 4,801.00 |
| 08/03/10 | 20 | RICHARD C WELTER<br>1007 EDGEWOOD DR<br>MCHENRY, IL  60051-6911 | INCOME TAX REFUND | 1224-000 | 807.00 | | 5,608.00 |
| 08/31/10 | 21 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.12 | | 5,608.12 |
| 09/30/10 | 21 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.14 | | 5,608.26 |
| 10/29/10 | 21 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.13 | | 5,608.39 |
| 11/10/10 | 21 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.05 | | 5,608.44 |
| 11/10/10 | | Transfer to Acct #*******3309 | Final Posting Transfer | 9999-000 | | 5,608.44 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 5,608.44 | 5,608.44 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 5,608.44 | |
| Subtotal | 5,608.44 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 5,608.44 | 0.00 | |

Page Subtotals           5,608.44           5,608.44

Ver: 16.01c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-71559 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | WELTER, RICHARD C | | Bank Name: | BANK OF AMERICA, N.A. |
| | WELTER, KATHLEEN M | | Account Number / CD #: | *******3309  GENERAL CHECKING |
| Taxpayer ID No: | *******0951 | | | |
| For Period Ending: | 02/12/11 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/10/10 | | Transfer from Acct #*******1787 | Transfer In From MMA Account | 9999-000 | 5,608.44 | | 5,608.44 |
| 12/13/10 | 000100 | DANIEL M. DONAHUE, TRUSTEE<br>P.O. BOX 2903<br>ROCKFORD, IL  61132-2903 | Chapter 7 Compensation/Fees | 2100-000 | | 1,310.84 | 4,297.60 |
| 12/13/10 | 000101 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee | 3110-000 | | 980.50 | 3,317.10 |
| 12/13/10 | 000102 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 | | 51.36 | 3,265.74 |
| 12/13/10 | 000103 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601 | Claim 000001, Payment 44.2% | 7100-000 | | 1,642.92 | 1,622.82 |
| 12/13/10 | 000104 | Chase Bank USA,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374 | Claim 000002, Payment 44.2% | 7100-000 | | 339.29 | 1,283.53 |
| 12/13/10 | 000105 | U.S. Bank N.A.<br>P.O. Box 5229<br>Cincinnati, OH 45201 | Claim 000003, Payment 44.2% | 7100-000 | | 285.27 | 998.26 |
| 12/13/10 | 000106 | U.S. Bank N.A.<br>P.O. Box 5229<br>Cincinnati, OH 45201 | Claim 000004, Payment 44.2% | 7100-000 | | 627.19 | 371.07 |
| 12/13/10 | 000107 | Capital Recovery III LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000005, Payment 44.2% | 7100-000 | | 371.07 | 0.00 |
| | | | | Page Subtotals | 5,608.44 | 5,608.44 | |

Ver: 16.01c

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-71559 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | WELTER, RICHARD C | | Bank Name: | BANK OF AMERICA, N.A. |
| | WELTER, KATHLEEN M | | Account Number / CD #: | *******3309 GENERAL CHECKING |
| Taxpayer ID No: | *******0951 | | | |
| For Period Ending: | 02/12/11 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 5,608.44 | 5,608.44 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 5,608.44 | 0.00 | |
| | | | Subtotal | | 0.00 | 5,608.44 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 5,608.44 | |

|  |  | NET |  |
|---|---|---|---|
|  |  | DISBURSEMENTS | ACCOUNT |
| TOTAL - ALL ACCOUNTS | NET DEPOSITS |  | BALANCE |
| MONEY MARKET - ********1787 | 5,608.44 | 0.00 | 0.00 |
| GENERAL CHECKING - ********3309 | 0.00 | 5,608.44 | 0.00 |
|  | ----------------------- | ----------------------- | ----------------------- |
|  | 5,608.44 | 5,608.44 | 0.00 |
|  | ============== | ============== | ============== |
|  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  0.00

Ver: 16.01c

LFORM24
**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*